IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EDWARD ALLAN BUCK<br><br>Plaintiff,<br><br>vs.<br><br>BARACK H. OBAMA et al.,,<br><br>Defendants. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br>Case No. 2:11-cv-1081 CW<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Samuel Alba |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Judge Samuel Alba under 28 U.S.C. § 636(b)(1)(B).  On December 5, 2011, Judge Alba issued a Report and Recommendation, recommending that this case be dismissed for lack of standing.  Plaintiff Edward Allen Buck filed a response to the Report and Recommendation on December 20, 2011.  After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Alba's Report and Recommendation in its entirety.[1]  Accordingly, this case is dismissed.

SO ORDERED this 24th day of February, 2012.

BY THE COURT:

_____
Clark Waddoups
United States District Judge

---

[1] Docket No. 5.